**293  SCHRATZ ET AL. vs. SUPERIOR COURT JUDGE (Detroit), 31 M., 407.**

To compel respondent to vacate an order dismissing a case which had been transferred from the Wayne Circuit Court.

Denied April 8, 1875.

The matter had been appealed from the report of the commissioners on claims to the Wayne Circuit Court, and it was held, that such actions were not transferrable to the Superior Court. See No. 161.

**294  RANKIN ET AL. vs. Circuit Judge (Wayne), 39 Mich., 115.**

To set aside an order vacating an order of removal to the Superior Court.

Granted June 18, 1878.

Held, that the cause had been regularly transferred and that the circuit had lost jurisdiction.

**295  TURNER vs. CIRCUIT JUDGE (Wayne), 27 M., 4.**

To compel respondent to transfer a cause pending in the Wayne Circuit Court to the Superior Court of the City of Detroit.

Granted April 12, 1873.

**296  FIELD vs. SUPERIOR COURT JUDGE (Detroit), 30 M., 9.**

To compel the dismissal of a case transferred to the Superior Court from the Circuit.

Denied July 14, 1874.

Held, that relator by his course of action in the Superior Court was precluded from raising the questions sought to be determined.